1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                          DISTRICT OF NEVADA
10   LISA WOLF,                          )   Case No. 3:10-cv-00087-ECR-VPC
                                         )
11                                       )
               Plaintiff,                )   ORDER ON PRETRIAL
12                                       )   PROCEDURES
     vs.                                 )
13                                       )
                                         )
14   UNITED STATES OF AMERICA,           )
                                         )
15             Defendant.                )
                                         )
16   _____ )

17   <u>ORDERED</u>

18        The parties may not reserve objections to exhibits to be offered by the
19   opposing party as provided in  lines 9-14, page 8 of the Pretrial Order.  Not less
20   than 60 days prior to trial, the parties shall each file written specific objections to
21   each exhibit to which they object as proposed to be offered by the opposing party.
22   The objections may not be stated in merely general terms such as relevance or
23   hearsay, but the objections shall in specific although summary terms state the
24   basis for the objection.  Reference to the exhibits should be made by reference to
25   how they are listed in the Pretrial Order or subsequent designations.
26        The matter of admission of exhibits for trial is referred to the Magistrate
27   Judge for purposes of ruling on the admission of the exhibits listed in the Pretrial
28   Order to the extent this can be reasonably and feasibly be done pretrial.
          Except for depositions that may be used for impeachment purposes, the

1   parties shall each respectively file specific designations of the portions of
2   particular depositions they intend to offer at trial not less than 60 days prior to
3   trial.  Thereafter, within 30 days the opposing party shall file written objections to
4   any such designation.  Ruling on such objections is referred to the Magistrate
5   Judge to the extent such can reasonably and feasibly be done pretrial.
6       No witness may be identified as "Person Most Knowledgeable."  No later
7   than 60 days prior to trial, Plaintiff shall identify by name and address the witness
8   referred to in paragraph 9, page 9 of the Pretrial Order.
9       The Magistrate Judge is authorized to modify any time schedules set in this
10  and other orders of the Court and also to modify the Pretrial Order upon
11  consideration of these and other appropriate matters, and to make all rulings
12  thereon which reasonably can be made.
13      The Magistrate Judge will substantially assist the Court in the processing
14  of this case by undertaking the foregoing proceedings.  By going through the
15  items of evidence, frequently the parties and/or the Court will reasonably, readily,
16  recognize evidence which is inadmissible, or should be withdrawn or which, upon
17  proper available foundation, will be obviously admissible, or, on the other hand,
18  where ruling should be withheld until trial.  The Magistrate Judge will have the
19  benefit of the Pretrial Order and the arguments of counsel to assist in making
20  these rulings.
21      Obviously, the conduct of the trial will be greatly expedited by the
22  Magistrate Judge undertaking this assignment.
23      The rulings of the Magistrate Judge will be subject to appeal to this Judge,
24  if timely appeal is filed.  The Magistrate Judge has extensive experience in
25  resolving such matters, both as an attorney in practice and sitting on the bench as
26  a trial judge, and is well qualified to undertake such rulings.
27      We realize this Order places a considerable burden on the Magistrate
28  Judge.  We trust, however, that the Magistrate Judge will not be inclined to ignore

1  this order, but if the Magistrate Judge would prefer not to undertake this
2  reference, or feels uncomfortable in doing so, or feels such an order is
3  inappropriate in the circumstances, we should be so advised so we can undertake
4  other procedures to accomplish he goals we seek to achieve in entering this
5  Order.
6      At a reasonable time prior to trial, the Magistrate Judge shall hold a
7  status/settlement conference.

9      Dated this 14th day of April 2011.

                                        _____
                                        EDWARD C. REED, JR.
                                        UNITED STATES DISTRICT JUDGE