1 | DANIEL G. BOGDEN
United States Attorney
2 | HOLLY A. VANCE
Assistant United States Attorney
3 | 100 West Liberty Street, Suite 600
Reno, NV 89501
4 | Tel: (775) 784-5438
Fax: (775) 784-5181
5 |
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LISA WOLF,                              )        Case No. 3:10-CV-00087-ECR-VPC
                                        )
        Plaintiff,                      )
                                        )
        v.                              )        **STIPULATION TO EXTEND DEADLINE FOR**
                                        )        **FILING STIPULATION FOR DISMISSAL**
UNITED STATES OF AMERICA,               )
                                        )
        Defendant.                      )
_____)

        COME NOW Plaintiff Lisa Wolf, by and through her attorney Michael Suglia, and

Defendant United States of America, by and through its attorney Holly A. Vance, and hereby

stipulate and agree that the parties shall have until August 30, 2011 to file the stipulation for

dismissal in this case.

        This Court previously directed the parties to file the stipulation for dismissal by August 4,

2011. (#31). Counsel for the Department of Health and Human Services has advised, however,

that additional time is needed to finish processing the settlement paperwork in this case. Agency

counsel anticipates that the paperwork will be processed — and Plaintiff paid under the terms of

the settlement agreement — by late August 2011. Accordingly, the parties respectfully request

1 | that they have until August 30, 2011 to file the stipulation for dismissal.

2 |

3 | Dated this 22nd day of July, 2011.

4 |

5 |                               Respectfully submitted,

6 |                               DANIEL G. BOGDEN
                              United States Attorney

7 |

8 |

9 | MICHAEL T. SUGLIA, ESQ.          HOLLY A. VANCE
Attorney for Plaintiff               Assistant United States Attorney

10 |

11 |

12 |

13 |                       IT IS SO ORDERED:

14 |

15 | DATED: July 26, 2011

16 |                       United States Magistrate Judge

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |